SIDNEY W. FISCHMAN, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant.— In an action by an attorney to recover the reasonable value of professional services, for unjust enrichment, and for damages by reason of the procurement by the defendant of assignments of a certain judgment which had been obtained as a result of such services, and the collection of the judgment by the defendant, order granting plaintiff's motion for summary judgment reversed, with $10 costs and disbursements, and the motion denied, without costs. There are issues of fact disclosed in the record

on appeal which should be tried. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.